

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00455-CV

**IN THE INTEREST OF J.A.V., JR.**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00111
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating Appellant Mother R.V.'s parental rights is AFFIRMED. No costs of appeal are taxed against Appellant Mother R.V.

SIGNED December 18, 2019.

Liza A. Rodriguez, Justice